IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK JOSEPH and<br>MARY JOSEPH, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:05CV421 |
| vs. | )<br>) | ORDER |
| WESTERN STAR TRUCKS, | )<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on the plaintiffs' Motion for Leave to Add Parties and File Amended Complaint (Filing No. 21). The plaintiffs attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). The defendant did not file an objection to the motion. The plaintiffs' motion was filed on the deadline for filing such motions, May 9, 2006. **See** Filing No. 20. The plaintiffs seek to add Detroit Diesel Corporation as a defendant. The plaintiffs state they recently received information that Detroit Diesel Corporation may be liable for a portion of the plaintiffs' damages. The plaintiffs also seek to clarify their claims against Western Star Trucks. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion for Leave to Add Parties and File Amended Complaint (Filing No. 21) is granted.

2. The plaintiffs shall have to **on or before June 13, 2006**, to file the amended complaint.

DATED this 31st day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge