## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK JOSPEH, et al.,           )<br>                                             )<br>            Plaintiffs,              )<br>                                             )<br>     vs.                                   )<br>                                             )<br>WESTERN STAR TRUCKS,    )<br>                                             )<br>            Defendant.             ) | 8:05CV421<br><br>ORDER |

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **October 5, 2006** at **2:30 p.m. Central Daylight Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 5th day of September, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge