IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK JOSEPH and MARY JOSEPH, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:05CV421 |
| | ) | |
| v. | ) | |
| | ) | |
| WESTERN STAR TRUCKS, and | ) | ORDER |
| DETROIT DIESEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant's motion to reconsider, Filing No. 100, this court's order, Filing No. 97, allowing plaintiffs to file a brief. The court has carefully reviewed defendants' request and finds it should be denied.

THEREFORE, IT IS ORDERED that defendants' motion to reconsider, Filing No. 100, is denied.

DATED this 1st day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge