# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARK JOSEPH and** <br> **MARY JOSEPH,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 8:05CV421 |
| vs. | ) <br> ) | ORDER |
| **WESTERN STAR TRUCKS and** <br> **DETROIT DIESEL CORPORATION,** | ) <br> ) <br> ) | |
| Defendants. | ) | |

This motion is before the court on the parties' Joint Motion To Extend Dismissal Deadline (Filing No. 125). The parties state they have reached a settlement, however, due to an error with the settlement funds, the parties are not able to dismiss the remainder of this proceeding. Upon consideration,

**IT IS ORDERED:**

The parties' Joint Motion To Extend Dismissal Deadline (Filing No. 125) is granted. The parties shall file a joint stipulation for dismissal (or other dispositive motion) with the clerk of the court which will fully dispose of the case **on or before October 17, 2007.**

DATED this 17th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge