# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK JOSEPH and MARY JOSEPH, | ) | Case No. 8:05CV0421 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER OF** |
| v. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| WESTERN STAR TRUCK SALES, INC., | ) | |
| and DETROIT DIESEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Filing No. 127). The Court finds said Stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the Stipulation is approved and adopted; this action is dismissed as to Defendant Detroit Diesel Corporation only, with prejudice, each party to bear their own costs and attorney fees.

DATED this 17th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge